UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDY CLINTON COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cv-00584-SDN |
| | ) | |
| CUMBERLAND COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On May 13, 2026, the Magistrate Judge recommended dismissing Plaintiff's complaint for failure to state a claim. ECF No. 6. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on May 27, 2026, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. The Court therefore **AFFIRMS** and **ADOPTS** the Magistrate Judge's Recommended Decision. ECF No. 6. The Court **DISMISSES** Plaintiff's complaint. ECF No. 1.

**SO ORDERED.**

Dated this 22nd day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

1